**ORIGINAL**

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
BRADLEY R. O'BRIEN
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6484
Facsimile: (415) 744-6476
E-mail: Brad.obrien@usdoj.gov

FLORENCE T. NAKAKUNI
United States Attorney
DERRICK WATSON
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Derrick.watson@usdoj.gov

Attorneys for Plaintiff United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2012

at 10 o'clock and 00 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA and the the STATE OF HAWAII,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE FLATTERY LIMITED and PACIFIC BASIN (HK) LIMITED,<br><br>Defendants. | Civil No. CV12 00693 JMS BMK<br><br>**UNITED STATES' NOTICE OF LODGING CONSENT DECREE** |

The United States of America hereby notifies the Court that the United States is lodging a proposed Consent Decree that, subject to a public comment period and subsequent entry by the Court, will resolve the claims brought in the Complaint filed in this action. Under the terms of the Consent Decree and pursuant to 28 C.F.R. § 50.7, the United States will publish notice in the Federal

*United States of America et al. v. Cape Flattery Limited et al.* – United States' Notice of Lodging Consent Decree

1. Register and accept public comment on the proposed Consent Decree for a period
2. of thirty days. Accordingly, the United States respectfully requests that the
3. proposed Consent Decree not be entered prior to the expiration of the public
4. comment period.

At the expiration of that period and after the United States has reviewed any public comments that are received, the United States will either request that the Court enter the proposed Consent Decree, or advise the Court that public comments have been received that warrants the United States' withdrawal from the proposed Consent Decree.

Respectfully submitted,

DATED: Dec 18, 2012

BRADLEY R. O'BRIEN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources
    Division
United States Department of Justice

*United States of America et al. v. Cape Flattery Limited et al.* – United States' Notice of Lodging Consent Decree

- 2 -